PEOPLE ex rel. WASHINGTON BREWERY CO. v. BARKER et al. (Supreme Court, Appellate Division, First Department. December 10, 1897.) Action by the people of the state of New York on the relation of the Washington Brewery Company, against Edward P. Barker and others. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. WILBER, Respondent, v. McCOMBS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by the people of the state of New York, on the relation of Squire H. Wilber, against J. W. McCombs, George Fraser, and John Fitzgerald, trustees and assessors of the village of Clayton, Jefferson county, N. Y. No opinion. Order affirmed, with costs. See People v. Board of Assessors, 10 App. Div. 394, 41 N. Y. Supp. 769; Code Civ. Proc. § 1997.

PERRY v. PALMER. (Supreme Court, Appellate Division, Second Department. December 31, 1897.) In the matter of the application of Louis Perry for a peremptory writ of mandamus against George W. Palmer, as comptroller of the city of Brooklyn. No opinion. Order affirmed, without costs.

PHILBIN, Respondent, v. BORDEN, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1897.) Action by Thomas Philbin against Russell A. Borden. No opinion. Judgment affirmed, with costs.

PIERCE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by Sarah Pierce against the Metropolitan Street-Railway Company. No opinion. Motion denied, with $10 costs. See 47 N. Y. Supp. 540.

PLUMMER v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 17, 1897.) Action by Serena M. Plummer against the mayor, etc., of city of New York. No opinion. Motion granted, with $10 costs.

POST, Appellant, v. CURRAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Jacob K. Post against Richard Curran and others. No opinion. Judgment affirmed, with costs.

POTTER v. UNITED STATES NAT. BANK. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Henry M. Potter against the United States National Bank. No opinion. Motion to dismiss appeal denied.

POTTER v. UNITED STATES NAT. BANK. (Supreme Court, Appellate Division, First Department. December 31, 1897.) Action by Henry M. Potter against the United States National Bank. No opinion. Motion to strike appeal from calendar granted.

POWERS, Respondent, v. CREEM, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1897.) Action by Joseph Powers, Jr., an infant, etc., by his guardian ad litem, Joseph Powers, against Daniel J. Creem. No opinion. Motion for reargument denied. See 48 N. Y. Supp. 21.

RAVEN, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. December 21, 1897.) Action by John Raven against William R. Smith. No opinion. Order reversed, and motion granted, upon payment by defendant within 20 days of all costs of the action up to the present time, and, in default of such payment, order affirmed, with $10 costs and disbursements.

REALS, Appellant, v. WESTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Ellen A. Reals against G. Bernice Low Weston. No opinion. Judgment and order reversed, and a new trial ordered, with costs to the appellant to abide the event.

REED v. McCORD. (Supreme Court, Appellate Division, Second Department. August Term, 1897.) Action by Mary Reed against William H. McCord. No opinion. Application for leave to appeal to the court of appeals granted. See 46 N. Y. Supp. 407.

REEVES et al., Appellants, v. FROST, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 13, 1897.) Action by Thomas J. Reeves and another against Amelia F. Frost. No opinion. Judgment of the county court of Oswego county reversed, with costs, and the judgment of the justice's court affirmed, with costs. Held, that there was some evidence in the justice's court tending to support the verdict of the jury, and the county court improperly reversed the justice's judgment. See Schoonmaker v. Spencer, 54 N. Y. 366; Halsey v. Hart, 85 Hun, 46, 32 N. Y. Supp. 665; City of Brooklyn v. Brooklyn City & N. R. Co., 11 App. Div. 168, 42 N. Y. Supp. 371; Staples v. Hager, 11 App. Div. 631, 42 N. Y. Supp. 458; Fandel v. Railroad Co., 15 App. Div. 426, 44 N. Y. Supp. 462; Ludlum v Couch, 10 App. Div. 603, 42 N. Y. Supp. 370; Rogers v. Ackerman, 22 Barb. 134. All concur, except GREEN, J., not voting.

REIFFELD, Respondent, v. DELAWARE & H. CANAL CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 30, 1897.) Action by Isaac Reiffeld against the Delaware & Hudson Canal Company. No opinion. Judgment and order affirmed, with costs. See 47 N. Y. Supp. 226.

RICKARD, Appellant, v. VAN DYKE, Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1897.) Action by Omer Rickard against George Van Dyke. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.